UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**SOUTHERN DIVISION at PIKEVILLE**

| | | |
|---|---|---|
| LORETTA MULLINS o/b/o JEFFERY MULLINS, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 7:11-CV-97-JMH |
| v. | ) ) | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) | **JUDGMENT** |
| Defendant. | ) ) | |

\*\* \*\* \*\* \*\* \*\*

In accordance with the Order of even date and entered contemporaneously herewith, **IT IS HEREBY ORDERED:**

1) That this action be, and the same hereby is, **DISMISSED WITH PREJUDICE AND STRICKEN FROM THE ACTIVE DOCKET;** and

2) That this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY.**

This the 7th day of December, 2011.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge